**IN THE UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

AVANTI PRESS, INC.,

Plaintiff,

v.

THE PARTNERSHIPS AND UNINCORPORATED ASSOCIATIONS IDENTIFIED ON SCHEDULE "A",

Defendants.

Case No.: 1:26-cv-12472

Judge Franklin U. Valderrama

Magistrate Judge Heather K. McShain

**AMENDED SCHEDULE A TO COMPLAINT**

| No. | Defendant |
|---|---|
| 1 | HG Art A |