AO 121 (Rev. 06/16)

| TO: | |
|---|---|
| **Register of Copyrights**<br>**U.S. Copyright Office**<br>**101 Independence Ave. S.E.**<br>**Washington, D.C. 20559-6000** | **REPORT ON THE**<br>**FILING OR DETERMINATION OF AN**<br>**ACTION OR APPEAL**<br>**REGARDING A COPYRIGHT** |

In compliance with the provisions of 17 U.S.C. 508, you are hereby advised that a court action or appeal has been filed on the following copyright(s):

| ☑ ACTION ☐ APPEAL | | COURT NAME AND LOCATION |
|---|---|---|
| DOCKET NO.<br>1:26-cv-12472 | DATE FILED<br>10/12/2026 | United States District Court, Northern District of Illinois |

| PLAINTIFF | DEFENDANT |
|---|---|
| Avanti Press, Inc. | The Partnerships and Unincorporated Associations Identified on Schedule A |

| COPYRIGHT REGISTRATION NO. | TITLE OF WORK | AUTHOR OR WORK |
|---|---|---|
| 1 See attached. | | |
| 2 | | |
| 3 | | |
| 4 | | |
| 5 | | |

In the above-entitled case, the following copyright(s) have been included:

| DATE INCLUDED | INCLUDED BY<br>☐ Amendment ☐ Answer ☐ Cross Bill ☐ Other Pleading | |
|---|---|---|
| **COPYRIGHT REGISTRATION NO.** | **TITLE OF WORK** | **AUTHOR OF WORK** |
| 1 | | |
| 2 | | |
| 3 | | |

In the above-entitled case, a final decision was rendered on the date entered below. A copy of the order or judgment together with the written opinion, if any, of the court is attached.

| COPY ATTACHED | WRITTEN OPINION ATTACHED | DATE RENDERED |
|---|---|---|
| ☐ Order ☐ Judgment | ☐ Yes ☐ No | |

| CLERK | (BY) DEPUTY CLERK | DATE |
|---|---|---|
| Thomas Bruton | C. Kellens | 10/13/2026 |

**DISTRIBUTION:**

1) Upon initiation of action, mail copy to Register of Copyrights
2) Upon filing of document adding copyright(s), mail copy to Register of Copyrights
3) Upon termination of action, mail copy to Register of Copyrights
4) In the event of an appeal, forward copy to Appellate Court
5) Case File Copy

Exhibit 1

**Registration Number**

VA 1-805-892

**Effective date of registration:**

November 1, 2011

## Title

**Title of Work:** Chipmunk with Flower #02693

## Completion/Publication

**Year of Completion:** 2011

**Date of 1st Publication:** March 15, 2011 **Nation of 1st Publication:** United States

## Author

- **Author:** Avanti Press, Inc.

  **Author Created:** 2-D artwork, Photo Collage

  **Work made for hire:** Yes

  **Citizen of:** United States **Domiciled in:** United States

- **Author:** Phillip Graybill

  **Author Created:** photograph(s), Photograph of Flower

  **Work made for hire:** No

  **Citizen of:** United States **Domiciled in:** United States

## Copyright claimant

**Copyright Claimant:** Avanti Press, Inc.

155 West Congress, Suite 200, Detroit, MI, 48226

**Transfer Statement:** By written agreement

## Limitation of copyright claim

**Material excluded from this claim:** photograph(s), Photograph of Chipmunk (sans flower); Photograph of Rock path background

**New material included in claim:** photographs, 2-D artwork, Photoshop manipulation of all individual elements & artwork to create photo collage

## Rights and Permissions

**Organization Name:** Avanti Press, Inc.

**Name:** Lori A Delisi

**Email:** loridelisi@avantipress.com **Telephone:** 313-262-8637

**Address:** 155 West Congress
Suite 200
Detroit, MI 48226

## Certification

**Name:** Lori Delisi

**Date:** October 27, 2011

**Applicant's Tracking Number:** 20433

---

**Correspondence:** Yes



# Certificate of Registration

This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

**Registration Number**
**VA 2-455-555**
**Effective Date of Registration:**
April 01, 2025
**Registration Decision Date:**
August 01, 2025

## Title

**Title of Work:** Chicken Couple on Beach #204009

## Completion/Publication

**Year of Completion:** 2020
**Date of 1st Publication:** April 01, 2020
**Nation of 1st Publication:** United States

## Author

- **Author:** Avanti Press, Inc.
  **Author Created:** photograph, 2-D artwork
  **Work made for hire:** Yes
  **Citizen of:** United States
  **Domiciled in:** United States

## Copyright Claimant

**Copyright Claimant:** Avanti Press, Inc.
155 West Congress, Suite 200, Detroit, MI, 48226

## Limitation of copyright claim

**Material excluded from this claim:** photograph, 2-D artwork
**Previous registration and year:** VA 1-942-064, 2014
VA 2-152-744, 2018

**New material included in claim:** photograph, 2-D artwork

## Rights and Permissions

**Organization Name:** Avanti Press, Inc.
**Name:** Lori A Delisi
**Email:** loridelisi@avantipress.com

**Telephone:** (313)262-8637
**Address:** 155 West Congress
Suite 200
Detroit, MI 48226

## Certification

**Name:** Lori Delisi
**Date:** April 01, 2025



**Registration Number**
**VA 1-997-525**
**Effective Date of Registration:**
November 25, 2015

## Title

**Title of Work:** Bulldogs in Christmas Sweaters #701294

## Completion/Publication

**Year of Completion:** 2015
**Date of 1st Publication:** September 01, 2015
**Nation of 1st Publication:** United States

## Author

- **Author:** Avanti Press, Inc.
**Author Created:** photograph, 2-D artwork
**Work made for hire:** Yes
**Citizen of:** United States
**Domiciled in:** United States

## Copyright Claimant

**Copyright Claimant:** Avanti Press, Inc.
155 West Congress, Suite 200, Detroit, MI, 48226

## Limitation of copyright claim

**Material excluded from this claim:** photograph, Photograph of Both Bulldogs (sans swathers)

**New material included in claim:** photograph, 2-D artwork, Digitally combined existing photography (Bulldogs) with new photography (Sweaters, Couch, Christmas Tree and Background), creating derivative work.

## Rights and Permissions

**Organization Name:** Avanti Press, Inc.
**Name:** Lori A Delisi
**Email:** loridelisi@avantipress.com
**Telephone:** (313)262-8637
**Address:** 155 West Congress
Suite 200
Detroit, MI 48226

## Certification

**Name:** Lori Delisi
**Date**: November 18, 2015
**Applicant's Tracking Number**: 22980


x23 FNY

**Registration Number**
VA 1-843-169

**Effective date of registration:**
August 10, 2012

## Title

**Title of Work:** Cat Birthday Cupcake #200112

## Completion/Publication

**Year of Completion:** 2012

**Date of 1st Publication:** May 15, 2012 **Nation of 1st Publication:** United States

## Author

▪ **Author:** Avanti Press, Inc.

**Author Created:** photograph(s), 2-D artwork, Photo Collage

**Work made for hire:** Yes

**Citizen of:** United States **Domiciled in:** United States

## Copyright claimant

**Copyright Claimant:** Avanti Press, Inc.

155 West Congress, Suite 200, Detroit, MI, 48226

## Rights and Permissions

**Organization Name:** Avanti Press, Inc.

**Name:** Lori A Delisi

**Email:** loridelisi@avantipress.com **Telephone:** 313-262-8637

**Address:** 155 West Congress
Suite 200
Detroit, MI 48226

## Certification

**Name:** Lori Delisi

**Date:** July 30, 2012

**Applicant's Tracking Number:** 21215



**Registration Number**
# VA 2-152-744
**Effective Date of Registration:**
December 24, 2018

## Title

**Title of Work:** Bikini Chicken #203580

## Completion/Publication

**Year of Completion:** 2018
**Date of 1st Publication:** November 01, 2018
**Nation of 1st Publication:** United States

## Author

- **Author:** Avanti Press, Inc.
**Author Created:** photograph, 2-D artwork
**Work made for hire:** Yes
**Citizen of:** United States
**Domiciled in:** United States

## Copyright Claimant

**Copyright Claimant:** Avanti Press, Inc.
155 West Congress, Suite 200, Detroit, MI, 48226

## Limitation of copyright claim

**Material excluded from this claim:** photograph, Photograph of Chicken (sans bikini and sunglasses); Photograph of beach and ocean background

**New material included in claim:** photograph, 2-D artwork, Digitally manipulated and combined existing photography (chicken, beach and ocean) with new photography, (bikini and sunglasses) creating derivative work.

## Rights and Permissions

**Organization Name:** Avanti Press, Inc.
**Name:** Lori A Delisi
**Email:** loridelisi@avantipress.com

**Telephone:** (313)262-8637
**Address:** 155 West Congress
Suite 200
Detroit, MI 48226

## Certification

**Name:** Lori Delisi
**Date**: December 18, 2018
**Applicant's Tracking Number**: 24257



**Registration Number**
# VA 2-098-723
**Effective Date of Registration:**
December 08, 2017

## Title

**Title of Work:** Bear with Toilet Plunger #702344

## Completion/Publication

**Year of Completion:** 2017
**Date of 1st Publication:** June 01, 2017
**Nation of 1st Publication:** United States

## Author

- **Author:** Avanti Press, Inc.
  **Author Created:** photograph, 2-D artwork
  **Work made for hire:** Yes
  **Citizen of:** United States
  **Domiciled in:** United States

## Copyright Claimant

**Copyright Claimant:** Avanti Press, Inc.
155 West Congress, Suite 200, Detroit, MI, 48226

## Limitation of copyright claim

**Material excluded from this claim:** photograph, Photograph of Bear (sans shorts and plunger); Photograph of Bathroom interior

**New material included in claim:** photograph, 2-D artwork, Digitally combined & manipulated existing photography (Bear and Bathroom Interior) with new photography (shorts and plunger) creating unique derivative work.

## Rights and Permissions

**Organization Name:** Avanti Press, Inc.
**Name:** Lori A Delisi
**Email:** loridelisi@avantipress.com

**Telephone:** (313)262-8637
**Address:** 155 West Congress
Suite 200
Detroit, MI 48226

## Certification

**Name:** Lori Delisi
**Date**: November 29, 2017
**Applicant's Tracking Number**: 24091

**Correspondence:** Yes



**Registration Number**
VA 1-843-136

**Effective date of registration:**
August 10, 2012

## Title

**Title of Work:** Morningn Groundhog #200104

## Completion/Publication

**Year of Completion:** 2012

**Date of 1st Publication:** May 15, 2012 **Nation of 1st Publication:** United States

## Author

- **Author:** Avanti Press, Inc.

**Author Created:** photograph(s), 2-D artwork, Photo Collage

**Work made for hire:** Yes

**Citizen of:** United States **Domiciled in:** United States

## Copyright claimant

**Copyright Claimant:** Avanti Press, Inc.

155 West Congress, Suite 200, Detroit, MI, 48226

## Limitation of copyright claim

**Material excluded from this claim:** photograph(s), Photograph of ground hog (sans robe, culrlers, coffee mug and donut); Photograph of donut; Photograph of background grass & hills

**New material included in claim:** photograph(s), 2-D artwork, Digitally combined artwork and photography to create photo composition.

## Rights and Permissions

**Organization Name:** Avanti Press, Inc.

**Name:** Lori A Delisi

**Email:** loridelisi@avantipress.com **Telephone:** 313-262-8637

**Address:** 155 West Congress
Suite 200
Detroit, MI 48226

## Certification

**Name:** Lori Delisi

**Date:** July 30, 2012

**Applicant's Tracking Number:** 20799


NEWS

# Certificate of Registration

SEAL OF THE UNITED STATES COPYRIGHT OFFICE 1870

This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

**Registration Number**
**VA 2-468-855**
**Effective Date of Registration:**
July 15, 2025
**Registration Decision Date:**
December 01, 2025

## Title

**Title of Work:** Chipmunk Birthday Candles #206362

## Completion/Publication

**Year of Completion:** 2022
**Date of 1st Publication:** September 01, 2022
**Nation of 1st Publication:** United States

## Author

- **Author:** Avanti Press, Inc.
**Author Created:** photograph, 2-D artwork
**Work made for hire:** Yes
**Citizen of:** United States
**Domiciled in:** United States

## Copyright Claimant

**Copyright Claimant:** Avanti Press, Inc.
155 West Congress, Suite 200, Detroit, MI, 48226

## Limitation of copyright claim

**Material excluded from this claim:** photograph, Photograph of Chipmunk character (sans the birthday candles)

**New material included in claim:** photograph, 2-D artwork, Digitally manipulated and combined existing photography of the chipmunk with new photography (checkered tablecloth and birthday candles) thus creating a derivative work. The photography was combined by our staff illustrator, using a Wacom tablet with pen and Adobe photoshop. Each photo element was hand out-lined and enhanced to create the detail provided in our greeting card work.

## Rights and Permissions

**Organization Name:** Avanti Press, Inc.
**Name:** Lori A Delisi
**Email:** loridelisi@avantipress.com
**Telephone:** (313)262-8637
**Address:** 155 West Congress
Suite 200
Detroit, MI 48226

## Certification

**Name:** Lori Delisi
**Date:** July 15, 2025



**Registration Number**

VA 1-794-652

**Effective date of registration:**

September 9, 2011

## Title

**Title of Work:** Chipmunk Couple #15772

## Completion/Publication

**Year of Completion:** 2011

**Date of 1st Publication:** March 1, 2011 **Nation of 1st Publication:** United States

**International Standard Number:** ISBN 193395741-7

## Author

- **Author:** Avanti Press, Inc.

**Author Created:** photograph(s), 2-D artwork, Photo collage

**Work made for hire:** Yes

**Citizen of:** United States **Domiciled in:** United States

## Copyright claimant

**Copyright Claimant:** Avanti Press, Inc.

155 West Congress, Suite 200, Detroit, MI, 48226

## Limitation of copyright claim

**Material excluded from this claim:** photograph(s), Photographs of both chipmunks minus hats and utensils; photograph of fall leaves

**New material included in claim:** photograph(s), 2-D artwork, Photoshop manipulation of all individual elements & artwork to create photo collage

## Rights and Permissions

**Organization Name:** Avanti Press, Inc.

**Name:** Lori A Delisi

**Email:** loridelisi@avantipress.com **Telephone:** 313-262-8637

**Address:** 155 West Congress

Suite 200

Detroit, MI 48226

## Certification

**Name:** Lori Delisi

**Date:** August 31, 2011

**Applicant's Tracking Number:** 14703



**Registration Number**
# VA 2-190-184
**Effective Date of Registration:**
October 09, 2019
**Registration Decision Date:**
February 11, 2020

## Title

**Title of Work:** Cat with Sparkler Cake #203818

## Completion/Publication

**Year of Completion:** 2019
**Date of 1st Publication:** September 01, 2019
**Nation of 1st Publication:** United States

## Author

- **Author:** Avanti Press, Inc.
  **Author Created:** photograph, 2-D artwork
  **Work made for hire:** Yes
  **Citizen of:** United States
  **Domiciled in:** United States

## Copyright Claimant

**Copyright Claimant:** Avanti Press, Inc.
155 West Congress, Suite 200, Detroit, MI, 48226

## Limitation of copyright claim

**Material excluded from this claim:** photograph, Photograph of Gray Cat

**New material included in claim:** photograph, 2-D artwork, Digitally manipulated and combined existing photography (Gray Cat) with new photography, (cupcake, sparklers, plate, table) creating derivative work.

## Rights and Permissions

**Organization Name:** Avanti Press, Inc.
**Name:** Lori A Delisi
**Email:** loridelisi@avantipress.com

**Telephone:** (313)262-8637
**Address:** 155 West Congress
Suite 200
Detroit, MI 48226

## Certification

**Name:** Lori Delisi
**Date**: September 27, 2019
**Applicant's Tracking Number**: 24757

